UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:

Steven Charles Rusteholtz,

        Debtor

_____/

Case No:  22-02279-swd
Chapter 13
Hon. Scott W. Dales
Filed:  11/03/2022

FIRST PRE-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

NOW COMES the Debtor, Steven Charles Rustenholtz, by and through his attorney, Roger J. Bus, and hereby amends his Chapter 13 Plan as follows:

1. That the Debtor rejects any lease agreement he may have with Avis.

In all other respects the Debtor's Chapter 13 Plan remains unchanged.

Dated:  January 13, 2023                            /s/ Roger J. Bus
                                                              Roger J. Bus (P30736)
                                                               Attorney for Debtors

Dated:  January 13, 2023                            /s/ Steven Charles Rustenholtz
                                                               Steven Charles Rustenholtz, Debtor